*Revised 03/06 WDNY*

UNITED STATES DISTRICT COURT
~~WESTERN~~ DISTRICT OF NEW YORK
NORTHERN

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
NOV 17 2016
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton

## 1. CAPTION OF ACTION

5:16-cv-1371 (BKS/DEP)

A.      **Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to he considered will be the plaintiff who filed an application and Authorization.*

1. Richard H. Livingston #14B3634

2. _____

### VS

B.      **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed. R.. Civ. P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. ONONDAGA COUNTY                    3. ONONDAGA COUNTY DISTRICT ATTORNEY'S OFFICE,

2. (DA) William J Fitzpatrick, (ADA) Mike Ferrante

5. _____    6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. § 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Richard Livingston #14B3634

Present Place of Confinement Address: SOUTHPORT CORR. FAC, P.O Box 2000 Pine City, NY 14871

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of Defendant: William J Fitzpatrick

(If applicable) Official Position of Defendant: District Attorney

(If applicable) Defendant is Sued in _____ Individual and/or ✔ Official Capacity

Address of Defendant: 505 South State ST 4TH Floor Syracuse, NY 13202

Name of Defendant: Mike Ferrante

(If applicable) Official Position of Defendant: Assistant District Attorney

(If applicable) Defendant is Sued in ✔ Individual and/or ✔ Official Capacity

Address of Defendant: 505 South State ST 4TH Floor Syracuse, NY 13202

Name of Defendant: Onondaga County

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in _____ Individual and/or_____ Official Capacity

Address of Defendant: County Atty; Robert A. Durr 421 Montgomery St. Syracuse, NY 13202

SEE ATTACHED PAGE.

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ✔   No _____

If Yes, complete the next section: NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:
Plaintiff(s): Richard Livingston
Defendant(s): City of Syracuse et Al.

2.  Court (if federal court, name the district; if state court, name the county):

_____

3.  Docket or index Number: 7:15-CV-631

4.  Name of Judge to whom case was assigned: Hon Thérèse W Dancks

Defendant's information Note:

Name of defendant: District Attorney's office.
   Position _____
   Address  505 South State ST 4TH Floor,
            Syracuse, Ny 13202

Previous lawsuits in state and federal
Plaintiff: Richard Livingston
Defendants: State of New York et al
Court: Court of Claims.
Docket: I Think 127049
Name of Judge: Forgot N/A
Time Filed: Forgot N/A
Pending. No
   Dismissed because lack of Jurisdiction.

Plaintiff Also Had another Court of
Claims Case Regarding the Division of
Parole - This Case was dismissed As
well, But Plaintiff Does not have the
information.

5.  The approximate date the action was filed: _May 22, 2015_

6.  What was the disposition of the case?

Is it still pending? Yes _✓_ No _____

If not, give the approximate date it was resolved: _____

Disposition (check the statements which apply):

Dismissed (check the box which indicates why it was dismissed):

___ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

___ By court for failure to exhaust administrative remedies;

___ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

___ By court due to your voluntary withdrawal of claim;

Judgment upon motion or after trial entered for

___ plaintiff

___ defendant.

B   Have you begun any other lawsuits in federal court which relate to your imprisonment?

Yes _✓_ No _____

If Yes, complete the next section:  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

Plaintiff(s): _Richard Livingston_

Defendant(s): _City of Syracuse, Cope And Patti_

2.  District Court: _____

3.  Docket Number: _N/A_

4.  Name of Judge to whom case was assigned: _(GLS / ATB)_

5.  The approximate date the action was filed: _CAN NOT REMEMBER_

6.  What was the disposition of the case? _Dismissed_

Is it still pending? Yes _____ No _✓_

If not, give the approximate date it was resolved: _CAN NOT REMEMBER_

Disposition (check the statements which apply):

Dismissed (check the box which indicates why it was dismissed):

_____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

_____ By court for failure to exhaust administrative remedies;

_____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

__X__ By court due to your voluntary withdrawal of claim;

Judgment upon motion or after trial entered for

_____ plaintiff

_____ defendant.

---

## 5. *STATEMENT* OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C § 1983. (This list does not include **all** possible claims.)

| | | |
|---|---|---|
| .Religion | .Access to the Courts | .Search & Seizure |
| .Free Speech | .False Arrest | .Malicious Prosecution |
| .Due Process | .Excessive Force | .Denial of Medical Treatment |
| .Equal Protection | .Failure to Protect | .Right to Counsel |

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed,R,Civ.P. 8(a)** states that a pleading must contain a short and plain statement of the claim showing that the pleader is entitled to relief' The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial' Simmons v. Abruzzo, 49 F,3d 83, 86 (2d Cir, *1995).*

**Fed,R.Civ,P, 10(b)** states that "[a]ll averments of claim ..shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e (a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted,"

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

A. **FIRST CLAIM:** On (date of incident) _____
defendant (give the **name and position held** of **each defendant** involved in this incident) _____

_____

Did the following to me (briefly state what each defendant named above did): _____

SEE ATTACHED
COMPLAINT 34 PAGES
EXHIBITS A - K

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

The relief I am seeking for this claim is (briefly state the relief sought): _____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No  If yes, what was the result? _____

Did you appeal that decision? _____ Yes _____ No  If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

A. **SECOND CLAIM:** On (date of incident) _____
defendant (give the **name and position held** of **each defendant** involved in this incident) _____

_____

Did the following to me (briefly state what each defendant named above did): _____

_____

_____

_____

_____

_____

_____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes _____ No  If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

## 6. RELIEF SOUGHT

Summarize the relief requested by you in each statement of claim above.

SEE ATTACHED COMPLAINT

3~~4 PAGES~~.

EXHIBITS A - K

Do you want a jury trial? Yes ✓ No _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _November 10, 2016_
_____(date)_____

NOTE: Each *plaintiff must sign this complaint* and *must also sign all subsequent papers filed with the Court.*

Pro-Se

_____
Signature(s) of Plaintiff(s)

United States District Court
Northern District of New York

Richard Livingston #14B3634
              Plaintiff,    "Complaint"

                    [Jury trial
                    Demanded *]

    V.

OnOndaga County District Attorney's
Office; District Attorney william J.
Fitzpatrick; Assistant District Attorney
Mike Ferrante, And OnOndaga County

                              Defendants,

1. This is an Action pursuant to the Civil Rights
   Act of 1871, 42 U.S.C See 1983 And 28 U.S.C See 134
   Seeking redress for the deprivation of plaintiffs
   Constitutional Rights, Venue is proper in the
   district As all Acts Complained of Occurred in the
   County of Onondaga, City of Syracuse, New York.

2. This Court has Jurisdiction over this Action
   Under 28 U.S.C See 1343(A)(3) For violations of
   Constitutional Rights As provided in 42 U.S.C
   See 1983.

Plaintiff Seeks Injunctive Relief From William J Fitzpatrick. Injunctive Relief And Compensatory + Punitive damages From Mike Ferrante. Compensatory damages From the County of Onondaga And Compensatory From the District Attorney's office As well As attorney Fees And Cost that may incur during the process of this litigation Pursuant to 42 USC Sec 1988. This Court has Jurisdiction pursuant to 28 USC 1331, 1343(3)(4) And 2201.

3. Plaintiff brings Action Against Named defendants For damages Arising From An invalid Search Warrant Application On it's Face on the dates of 10/21/2014 + 10/22/2014. Thus being in violation of the 4th, 5th, 8th And 14th Amendments of The United States Constitution.

4. Plaintiff Seeks Redress For violations of Rights guaranteed by the Constitution. At all times Pertinent, Defendants Acted under Color of law, of A statute, ordinance, regulation, Custom, or Usage

5. At all times relevant to this matter, Fitzpatrick And Ferrante were duly Sworn Court officers In Onondaga County in The state of new York. Fitzpatrick being Sued in His official Capacity And Ferrante in His official ~~Individual~~ Capacity Herein.

6. Onondaga County is duly municipal Corporation And is the employer And principal of the Named defendants Herein.

7. Venue is Appropriate in the Northern District Pursuant to 28 U.S.C Sec 1391(B) As the defendant Operate out of 505 South state$^{ST}$, 4TH Floor, Syr, New York, 13202.

8. Although Plaintiff is Personally Familiar with Most Facts And statements Aforementioned, stated to the best of Plaintiff Knowledge, information And belief. Plaintiff is A layperson in matters of the law And Seeks this Courts indulgence For

errors, omissions, defects and irregularities pursuant to Federal Civil Practice law And Rules Sec. 2001 And 2101.

## STATEMENT OF FACTS

9. On the date of April 22, 2013 Plaintiff Entered A plea of guilty in County Court Onondaga. The terms were Plaintiff will Enroll in Drug treatment program And upon Completion the plea of guilty to A Felony will be vacated.

10. According to the treatment Contract, "Any New Arrest may be grounds For termination From the program".

11. While Enrolled At the treatment program for 16 Months (18 Months For Completion), Plaintiff does not dispute missing Court On July 17th, 2014 And producing DiRty urine screens. These violations being Technical violations; Termination And A Prison Sentence was Unwarranted.

12. On June 3, 2014 Plaintiff was Rearrested Due to A passenger in Possession of Drugs. Police Recovered Drugs From Mr. John lands Pockets And Found A Scale in the Area where Mr. Land was sitting And being that Plaintiff was Enrolled in the treatment Program, Police arrested Plaintiff without probable Cause. (SEE EXHIBIT A) Police Report. (UPon Discovery in April 2016, The Plaintiff Discovered that He was the target of An investigation. This investigation Commenced on the 3rd week of April 2013. On or about the Same-time That Plaintiff Enrolled in to the treatment Program.) (See Exhibit B For Detectives Ballagh Application For Search Warrant

3. As A Result of this Arrest, Plaintiff was sanctioned Seven days in Jail And A "Final chance" warning By treatment Court. Thus Denying Plaintiff the Opportunity to be heard And Contest the lawfulness of tere Arrest.

14. On the date of July 17, 2014, Plaintiff became the Subject of A Bench warrant For missing treatment Court, However, Drug Sales Are alledged by Detective From Plaintiff On the Dates July - August 2014. (SEE EXHibit B)

15. As A Result to this investigation Since April 2013. On October 21ST, 2014 Detective Ballagh Applies For Multiple Search Warrants For Residence's, Cars And persons including Plaintiff. (Issued by Hon. Rory McMahon).

16. Detective Ballagh And other members of The Syracuse Police dept executed All Residence listed in the Application. (SEE EXHibit B) On 10/22/14 Between 6AM - 10AM

17. As A Result, Police Recovered A Gun, Drugs, scales, pills, Currency And information leading to Detectives Ballagh Amendment of His Application. The info the Detective Receives From individuals while Executing These warrants (5 individuals Arrested And charged AS A Result)

Were Plaintiffs whereabouts at 1034 State Fair Blvd, lakeland, Ny.

18. Detective at this point Applies For An Amendment to Application listing 1034 State Fair Blvd. (Exhibit C)

19. This Search warrant was signed on 10/22/2014 at 11:35 AM, Executing the Warrant at Exactly 11:50 AM. (note: Although Detective Ballagh Applies For the warrant And is also issued the warrant, He is not one of the officers who was present During the execution of This warrant.) (SEE Exhibit C)

20. Plaintiff And his Girlfriend was present At 1034 State Fair Blvd During the Execution of this warrant. (SEE Police Reports Exhibit D)

21. As A Result, Plaintiffs Girlfriend was charged with 5 pain pills, A Scale, A knife And glassine envelopes. Plaintiff was not charged, However, Plaintiff was charged with Recovered Drugs At 152 W lynhurst Ave.

2 Felonies And 2 misdemeanors.
(NOTE: MR John land was present during
the execution of 152 W. Lynhurst) (Exhibit D)

22. Plaintiff was Arraigned on the new
charges On 10/23/2014. Bail was set
at 50,000 Cash or Bond. A preliminary
Hearing was scheduled within 144 Hours
As Required by law.

23. On 10/23/2014, Plaintiff Recewed notice
From Onondaga District Attorney stating"
"The new Felony charges will be Submitted
to the grand Jury For indictment"
(SEE Exhibit E) (ADA Jennifer C Manso)

24. On 11/10/2014 Susan Carey whom was
Appointed to Represent Plaintiff on the
new Felony charges, Sent the Following
letter to plaintiff. (SEE Exhibit F)

25. According to the letter (Exhibit F), A
Reasonable inference Can be drawn that
The District Attorney Mike Ferrante Found
Out about the invalid Search Warrant

Application. Once MR. Ferrante Found The S.W Application - As well As the Search warrant procedure was defective On it's Face; MR. Ferrante Canceled the Preliminary Examination And deeded not to Seek indictment. As Soon As MR. Ferrante Found this S.W to be invalid, The appropriate Course was to dismiss charges Outright And For all Lo other individuals involved in the Arrest.

26. On 11/25/2014. Plaintiff Appeared For Sentencing at drug Court. Here Plaintiff pleaded with the Court to Dispute new charges And not impose A Sentence Until Plaintiff disposes This Aggravating Factor. (SEE Exhibit G).

27. In the Sentencing Minutes (Exhibit G), Defendant MR Ferrante, Sends His Regards by stating "MR Livingston was the target oF the search warrant And investigation case For Selling oF Cocaine. They Found Cocaine; scales And packaging All at the Residence, (Constituting Purjury).

Thus A Sentence between Six - eight Years will Satisfy new Felony charges.

28. As A Result, Plaintiff was Sentenced to 6 years, 3 years post Release For a total of 9 years in all. Here the Courts Accepts And Sets Forth Recommendation From MR. Ferrante Based on charges thats Malicious, Baseless And illegal. Plaintiff was Denied the Right An opportunity to be Heard when Plaintiff pleaded with the Court to Refute New Arrest.

29. This distortion Served to inFluence the Court to impose A Sentence harsher then that which would have been ordinarily imposed. Remarks made by the DA, were improper And Unneccessarily inFlammatory. They Constituted Harm. The Courts became prejudiced by alleged elements to Crime at issue, As the Court Relied upon material Assumption not Supported by indictment, the Sentence was illegally imposed.

30. Although these New Felony charges was suppose to be dismissed in satisfaction of the 6 years imposed, New Felony charges was not dismissed Until 4/30/2015. (See Exhibit H)

31. On or about September 21ST, 2015, Plaintiff Filed Multiple Motions with District Attorney William J Fitzpatrick, Hon. Thomas Miller And Hon. James Cecile. (See Exhibit K)

32. These Motions being 440 And Several Motions Requesting Discovery For the 10/22/2014 Felony Arrest charges.

33. Hon Thomas Miller Forwarded my Motions to the Hon. James Cecile who Denied Post Conviction Relief And William J. Fitzpatrick Failed to Respond to Any of my Motions. Plaintiff 440 Motion was based on the Grounds that the Judgment was procured by prosecutorial Misconduct that was tantamount to Fraud. (See Exhibit K)

34. At this time Plaintiff was unaware of the invalid Search Warrants. Plaintiff Knew that the S.W was insufficient But did not Know to what extent.

35. On or about 4/6/2016, upon Discovery in A Related Lawsuit Against the City of Syracuse And it's officers. (Civil Action No: 7:15-CV-631), Search warrant application Disclosure Revealed officer Ballagh And Hon. Rory McMahon Constitutional Errors. (See Exhibit I)

36. Plaintiffs Asserts A Number of Errors Regarding This Search warrant Application. (See Exhibit B).
   1/ Probable Cause lacks because A nexus Does not Exist between the Residence And the Crime being Sought.
   2/. No Record of the proceeding As to the CRI Reliability. No oath or Affirmation by informant.

3/ Detective Asserts sale of Cocaine by plaintiff on the 3rd Week of August 2014. Detective Applies For S.W On 10/21/2014. Thats 9 Weeks later - Constituting This information As stale.

4/ Application Fails to include the Detective Signature, The Judge Signature And A Courts Seal to make it An official Document.

37. Detective attemps to Correct His Error by Filing An Amendment App. (See Exhibit C). As A Result, This was Signed by the Judge As Required But lacks An Affadavit in Support of the S.W. (Exhibit B) Also lacks Affadavit As Required by law. Also take notice that Filing of Amendment of the app was to late because warrants were already executed. (Amendment app being Signed at 11:35am) 10/22/14.

38. Defendants Acted with Actual malice, Willful And Wanton indifferences And deliberate disregard For Plaintiff Statutory And Constitutional Rights.

39. Defendant Mike Ferrante deliberate withholding of evidence which tended to exonerate plaintiff And the other 6 persons involved in the execution of the Warrants, Constitutes A "Fraudulent Act", which is conduct involving bad Faith, or dishonesty As well As A Fraud on the Court, which is A lawyer's misconduct in A Judicial proceeding So Serious that it Undermines the integrity of the proceeding.

40. The Acts, omissions, systematic Flaws, Policies And Customs of defendants cause Plaintiff to believe that the Malicious Abuse of process, Malicious prosecution And the Constitutional Rights Would not be properly investigated thus Resulting in Defendants being More than likely to Continue these practices Against others And the plaintiff in the Future.

41. It is well established witholding of exculpatory evidence is beyond the scope of duties Constituting An intergral part of the Judicial process And to extend absolute immunity to suits based On Such claims is Refused.
(See Hilliard v. Williams 465 F.2d 1212)
(Also imbler v. Pachman 96 S.CT 984)

42. As A Result to defendant's intentional violations of Plaintiff Rights, Damages Loss of this Magnitude Are Almost impossible to Catalog, The lost of liberty, The lost of enjoyment of Family, The lost of Consortium altogether.

 *  District attorney MR. William J. Fitzpatrick/official Capacity only. In Junctive Relief only.

Count One: Supervisor liability, Failure to Act to Remedy A Wrong, Creating or Allowing An Unconstitutional Policy or Custom, And Deficient Management of Subordinates. Failure to train And Supervise.

43. Plaintiff incorportes by Reference paragraphs 1-42.

44. Defendant Fitzpatrick Acted with deliberate indifference After learning of violations of Plaintiff Rights, And Failed to Remedy the wrong. It's been 2 years later And still withholding Evidence Favorable to Plaintiff. Thus tolerating A Pattern And Practice of it's employees who deprivate Plaintiff And others of their Constitutional Rights.

45. Fitzpatrick Failed to Adequately train And Supervise ADA's with respect to the obligation to turn over exculpatory evidence And to Avoid the introduction or perjured evidence. Thus Resulting into A violation of Plaintiff And others Rights.

46. Fitzpatrick Failed to set up Policies that help guide Subordinates Conduct of the proper handling of exculpatory information And duty to provide truthful And Accurate testimony. And the duty to admitt the truth when it's Known to be False. The ADA's were not trained about A host of more general obligations. Thus Plaintiff is Entitled to Damages.

*ADA Mike Ferrante in His Official Capacity. Injunctive Relief, Compensatory And punitive Damages.

47. Plaintiff Incorporates paragraphs 1-46.

48. Count 2 : Conspiracy to violate Plaintiff civil And Constitutional Rights/ Ferrante And Detective Conspired to Cover-up A Defective Search Warrant App, Absent Affadavit And prosecuting Plaintiff on charges that lacked probable cause in order to Avoid Civil liability.

49. Count 3 : Violation of Civil And Federal Constitutional Rights Under 4th, 5th, 8th + 14th Amendments of the US Constitution/ Defendant Ferrante Maliciously prosecuted And Continued charges pending Against plaintiff After learning of the Defective warrant. Defendant owed A duty to the Courts And Plaintiff to Elicted the truth when Known to be False. As A Result, used illegal Arrest Against plaintiff at drug Court to Enhance His punishment by "Recommending 6-8 to Satisfy the charges; Scales preKaging And Cocaine where Found At All the Residence And Plaintiff was the target of this investigation For Selling Cocaine".

50. Defendant Ferrante Failure to Afford the plaintiff A preliminary Hearing or Seek indictment, Moreover Failure to disclose exculpatory Evidence in Favor of plaintiff is Constituted As A substanial Due process violation.

51. Defendant Ferrante "Recommendation of 6-8 years to satisfy new Felony charges", charges that was entitled to be Dismissed Outright, termination In Favor of plaintiff charges that Are determined to be baseless, Malicious and Unlawful, Constitutes Cruel And Unusual punishment

52. COUNT 4: Defendant Ferrante Withholding of evidence Favorable to Plaintiff, And not Seeking indictment And not Affording Plaintiff An opportunity to be heard Knowing that SW was invalid but using it As means to sabotage Plaintiff drug program And used charges As means to Negatively influence drug Court, Although Plaintiff was not indicted Constitutes Malicious Abuse of process Count 4.

53. COUNT 5: Exaggerating Evidence / Purjury / Defendant Ferrante (Exhibit G) Sent Message with Drug Court ADA, stating" Scale, Packaging And Cocaine were Found All at Residence".

Constitutes, Purjury And exaggerating Evidence. Plaintiff at the time of the execution of the warrants, Plaintiff was located at 1034 state Fair Blud And no Cocaine Recovered As A Result. No charges Filed as A Result; charges were Filed on plaintiff as A Result of drugs Recovered at 152 W. Lynhurst Ave, where MR John land was located And whom Also was Apart of this Investigation.

54. Defendant Ferrante had A specific intent to deprive not only plaintiff of His Rights, But to other persons in Plaintiff Case who was Arrested onder this invalid Search warrant. Also Pointing to Plaintiff June 3, 2014 Arrest (Exhibit A), The District Attorney's office's practice A pattern of not dismissing charges outright when Arrest clearly lacks probable cause. Ferrante also practices A pattern of withholding Brady material. This is not Just one Isolated incident.

55. COUNT 6: Intentional infliction of Emotional Distress / COUNT 7: Negligent infliction of Emotional Distress / Defendant Ferrante intentionally withholding Evidence Favorable to Plaintiff was done with willful,

wanton And deliberate indifference As well As Aetual malice towards plaintiff And persons involved clearly disregarding the Constitutional Rights of Plaintiff And others.

56. Ferrante used Criminal prosecution based on An illegal arrest And invalid Search warrant Against plaintiff in order to impact, Plaintiff drug Court status And punishment; As A Result to dissuade And intimidate Plaintiff From Asserting His Rights Against Syracuse Police officers And the city of Syracuse. Ferrante Attemp to Cover-up errors And wrong doing (Misconduct) by Police officers in order to Avoid Criminal And Civil liability For their Acts, Constitutes extreme And outrageous conduct As A Result to plaintiff injuries being severe emotional distress.

57. Ferrante engages in this unethical practice of trading retaliatory prosecutions For releases From Civil liability. Ferrante certainly does not Follow A state dictate in So doing. The County of Onondaga encourages this unethical practice in which the District Attorney's office is Alleged to employ, The ADA Ferrante is Acting As A agent of the County For purposes of See 1983.

Ferrante by Sending Messages with drug Court ADA, Ferrante Acts As the Manager of the DA office, Ferrante therefore is A County Policy maker.

58. Ferrante extreme And Outrageous Conduct caused Plaintiff Severe Emotional distress And Continues to Cause Major mental pain And Anguish by inFlicting A deliberate Malicious campaign oF withholding evidence tended to exonerate ~~exolerate~~ Plaintiff And others. Also Failing to dismiss charges Outright For Plaintiff to get A termination in His Favor, Avoiding Civil liability - Covering up Police errors And Misconduct.

59. Ferrante extreme And Outrageous, deprivation of the minimal Civilized measure of liFe's necessities, Demonstrates wanton And deliberate indifference And major inFliction oF Severe Emotional distress.

60. Ferrante conduct toward plaintiff And others was So outrageous And shocking that it exceeded All reasonable bounds of decency As measured by what the Average member oF the community would tolerate. Plaintiff SuFFered Severe emotional Distress.

61. As A proximate Result of the Constitutional Violations of Plaintiff Rights by defEndant Ferrante. Plaintiff Has Sustained Permanent injuries. These injuries Have Caused And will Continue to cause Plaintiff Pain And Suffering Mentally And Physically. Plaintiff is Thus entitled to Punitive, Compensatory And Injunctive Relief - to Remedy the wrong.

Defendants Onondaga County And the District Attorney's office. Compensatory Damages.

62. Plaintiff Incorporates paragraphs 1-61

63. COUNT 8: Failure to train, Supervise And Discipline it's employees/Onondaga County (OC) And the District Attorney's office (DAO), Has Maintained A system of Review of it's employees And Police Conduct So untimely And Cursory As to be ineffective. And permit And tolerate the Violations of Rights by it's employees And police officers.

64. OC And DAO Failure to provide Adequate training And Supervision to it's employees constitutes willful, wanton indifference And deliberate disregard For Human life And the Rights oF Plantiff And others.

65. DeFendants Fitzpatrick + Ferrante were Acting within the scope oF their employment And pursuant to the Policies And practices oF OC And DAO, These policies were the moving Force, Proximate Cause And affirmative link behind the Conduct Causing The Plaintiff injuries.

66. Count 10: DeFicient Management oF Subordinates/ Count 11: Allowing An Unconstitutional Policy or Custom/ At All times pertinent, OnOndaga County, And the District Attorney's oFFice permitted And tolerated A pattern And practice oF Withholding Evidence Favorable to the Accused.

67. OC And DAO Permitted and tolerated A pattern And practice oF Misconduct by it's employees oF Covering up Police oFFicers Misconduct And errors in order to Avoid Civil liability.

68. OC And DAO Permitted and tolerated A pattern And practice of it's employees who deprive Plaintiff And others of their Constitutional Rights, By Continuing to Maliciously prosecute Plaintiff And others, in light of Exculpatory Evidence tended to ~~exonerate~~. exonerate.

69. OC And DAO Permitted and tolerated A pattern And practice of it employees that will not adhere to the duty ~~of the Go~~ to the Courts And ~~not~~ Elicted the truth when Something is Known to be False.

70. COUNT 12: Negligently Failed to prevent the abuse of process by police Officers, The District Attorney And Assistant District Attorneys who were Acting within the scope of their employment, COUNT 13: Negligently trained, Supervised, And Monitored it's personnel And Failed to promulgate and put into effect Appropiate rules governing the Duties of it's DA, ADA's And other employees. These Actions by the defendants were done pursuant to customs And Usages of the County And the DAO.

The name Defendants Are Therefore liable For the violations of Plaintiff Constitutional And Civil Rights.

11. As A Proximate Result of the Civil And Constitutional Rights Violations by Defendants, Plaintiff Has Sustained Permanent injuries. These injuries Have Caused And will Continue to Cause Plaintiff Pain And Suffering Mentally And Physically Plaintiff is thus entitled to Compensatory Damages.

12. Defendants Deliberate disregard For Plaintiff Statuory Rights And Constitutional Rights was extreme, outrageous And Unjustifie And Caused Plaintiff Servare damage And was done with Actual malicious, wanton indifferance And deliberate disregard For Human life And the Rights of plaintiff, which As A Result Defendants Are Hereby liable.

23. OC And DAO is Liable For damages under the Doctrine of Respondent Superior For intentional torts (of Employees) Committed Within the Scope of their employment.

24. Plaintiff Here will Demonstrate That this was not A Single incident. 6 More individuals involved in this Case At bAR. (upon discovery more will be Revealed.) Here You have individuals that were ultimately Coerce into taking plea Agreements. The Prosecutor deliberately withheld evidence which tended to exonerate all 7 - individuals, Plaintiff included. All For the Purpose of to Cover-up the Police Misconduct And Errors Relating to the Search warrants And Avoid Civil liability. Also take notice, That A Gun with A Magazine was Recovered during the executions of these invalid S.W And Nobody Got indicted. And nobody was Afforded A preliminary Hearing to Refute the lawfulness of

The Arrest which in light lack probable Cause on it's Face.

15. Another Case (See Exhibit A). Here Police Arrested And charged plaintiff As A Result oF A Scale being Found in the Area oF Mr. John land. Mr. land Possessed Drugs in His Pocket. Because Plaintiff was on drug Court And because Plaintiff was Under investigation. (SEE Exhibit B) Although Police lack Probable Cause, Plaintiff was Arrested And charge, And Held Accountable at drug Court Without the opportunity to be heard And Refute arrest. – Once the District Attorney office Found Out the lack oF probable cause, They was suppose to Outright dismiss those charges Instead Satisfying charges At drug Court Due to A guilty plea Rendered 4/22/2013. Plaintiff Had Every intention oF Going to trial on these charge to prove An illegal Search And lack oF probable Cause,

The Prosecutor pretty much Relinquished Plaintiff Rights For Him. A Plea Agreement is defined As "An Agreement between the Prosecutor And the Accused". It's illegal For the Judge And the Prosecutor to make A Plea Agreement without the Accused Consent. Here The Prosecutor whom Represents the District Attorneys office; Ask For A Sentence of 6-8 Years to satisfy New Pending Felony changes. Based on charges thats Founded to be illegal. charges in which Favorable Evidence was withheld Maliciously, And Intentionally. All For the Reason to Cover up the Detective Misconduct And Errors.

16. This Policy or Custom Cause Plaintiff Rights to be violated As well As Inadequate training. An Affirmative link between the DAO And OC policys Cause Multiple Constitutional Violations. And Even if the Custom And policy of the DAO And OC Are Constitutional

Then the employees of the DAO Are Applying the Policy in An unconstitutional manner, For liability would then Rest on respondent Superior.

27. OC And DAO Failure to train amounts to deliberate indifference to the Rights of Plaintiff And others.

28. Defendant Mike Ferrante long practice of ignoring evidence Favorable to the Accused, ignoring evidence of police misconduct And Sanctioning And Covering up wrongdoing, Acts As the manager of the DAO. Mike Ferrante also Acts As A policymaker As well. These claims Arises out of the district Attorney's Management of the DAO. Thus Plaintiff is Entitled to damages.

* Wherefore Plaintiff Request that the Court Enter Judgment Against the Defendants stated Herein And Award the Following Amounts



(A.) DeFendant Mike Ferrante

$2,500,000.00 (2 TWO IN A HALF million Dollars) in Compensatory damages.

$2,500,000.00 (TWO IN A HALF MILLION Dollars) in Punitive damages.

In Favor oF PlaintiFF.

(B.) DeFendants District attorney's oFFice And ONONDAGA COUNTY.

$5,000,000.00 (Five Million dollars) in Compensatory Damages.

In Favor oF PlaintiFF.

(C.) DeFendants William J. Fitzpatrick And Mike Ferrante.

Preliminary injunction Relief:

(See Exhibit J). PlaintiFF Has An Appeal Pending. Deadline being 1/30/17 time to perfect the Appeal. PlaintiFF Demands in the Form oF injunction Relief, Thats the defendants Collectively File Appeal BrieF on BehalF oF PlaintiFFs Rights that were clearly violated by DeFendant Ferrante. In this BrieF PlaintiFF Demands Ferrante + Fitzpatrick

To Disclose Favorable Evidence as it should have been done On 10/23/14. Futhermore, Explaine why Plaintiff was not indicted, why was he not Afforded A preliminary Hearing As Required iF no indictment was set Fourthy, why was charges not Outright dismissed when police lacked probable cause, And why was An illegal Arrest, illegal Search, Entered into Plaintiffs drug Court proceedings Negatively influencing Drug Court.

IF this Federal Court Can determine that this Search Warrant Application And absent Affadavit is Facially Invalid. Plaintiff By way of Brief, Demands to Know why was this Evidence ^i was not disclosed 2 Years Ago. IF the Defendants object to Coming clean iN order to satisfy This Relief demanded Then That means Defendants Are Continuing to withhold Evidence tended to Exonerate Plaintiff. As A Result Constitutes "Fraud on the Court."

34 of 34

Based On Plaintiff Assertions, IF this preliminary injunction is denied, Plaintiff will Continue to Suffer irreparable Harm. Plaintiff will suffer more than the defendants will suffer if they do not admit Their Wrongdoings. After Analizing The Search Warrant Application, You will Find that Plaintiff is likely to Succeed on the merits of His claim. More Over, Granting the Preliminary Injunction is Consistent with the public interest.

D.) Cost of this Action, Reasonable Attorney Fees For Plaintiff And Such other And Further relief As the Court may deem Just And proper.

11/10/16

Richard Livingston #14B3634
Richard H. Livingston

Steven R. Giblin
Notary Public, State of New York
Chemung County, No. 01GI6306784
Commission Expires June 23, 20 18